IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARRETT INVESTMENTS, LLC, | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| vs. | ) CIVIL ACTION NO. 12-0500-KD-N |
| SE PROPERTY HOLDINGS, LLC, | ) |
| Defendant/Counterclaim Plaintiff, | ) |
| v. | ) |
| JOHN B. FOLEY, IV and LAUREN M. FOLEY, | ) |
| Counterclaim Defendants. | ) |

## JUDGMENT

In accordance with the order granting SE Property Holdings, LLC's motion for summary judgment, it is hereby ORDERED, ADJUDGED and DECREED that JUDGMENT is entered in favor of SE Property Holdings, LLC and against Garrett Investments, LLC, and John B. Foley IV and Lauren M. Foley, in the amount of $55,679.40 as attorneys' fees and in the amount of $605.89 as expenses, for a total amount of $56,285.29.

**DONE** and **ORDERED** this the 8th day of July 2013.

s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE